**2008–1429. State v. Hughes.**
Warren App. Nos. CA2007–08–107 and CA2007–09–109. On motion for leave to file delayed appeal. Motion granted.

O'CONNOR and LANZINGER, JJ., dissent.

**2008–1450. State v. Dalton.**
Williams App. No. WM–08–003. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2008–1469. State v. Mooney.**
Stark App. No. 2007CA00124. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, LUNDBERG STRATTON, and O'DONNELL, JJ., dissent.

**2008–1491. State v. Thomas.**
Greene App. No. 2006 CA 57, 2007-Ohio-443. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and CUPP, J., dissent.

**2008–1520. AEGIS v. Sedlacko.**
Mahoning App. No. 07 MA 128, 2008-Ohio-3190. On motion for stay of court of appeals' judgment. Motion denied.

**2008–1522. State v. Collins.**
Cuyahoga App. No. 89808, 2008-Ohio-3016. On motion for stay. Motion granted.

LUNDBERG STRATTON, O'CONNOR, and O'DONNELL, JJ., dissent.

**2008–1544. State v. Chavers.**
Wayne App. No. 07CA0065, 2008-Ohio-3199. On motion for stay of court of appeals' judgment. Motion denied.

# APPEALS ACCEPTED FOR REVIEW

**2008–0845. Allen v. Totes/Isotoner Corp.**
Butler App. No. CA2007–08–196.

LUNDBERG STRATTON, O'CONNOR, and CUPP, JJ., dissent.

**2008–0894. Klaus v. United Equity, Inc.**
Allen App. No. 1–07–63, 2008-Ohio-1344.

MOYER, C.J., and PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2008–0905. Alexander v. Wells Fargo Financial Ohio 1, Inc.**
Cuyahoga App. No. 89277, 2008-Ohio-1402. Discretionary appeal accepted, and briefing shall proceed in accordance with the Rules of Practice of the Supreme Court of Ohio.

This cause shall be consolidated for oral argument with 2008–1009, *Coleman v. Am. Gen. Financial Servs.*, Cuyahoga App. No. 89311, 2008-Ohio-1403. Appellants in these causes collectively will share 20 minutes for oral argument, as will appellees.

PFEIFER, J., dissents.

**2008–0919. Cincinnati City School Dist. Bd. of Edn. v. State Bd. of Edn.**
Hamilton App. No. C–070084, 176 Ohio App.3d 157, 2008-Ohio-1434.

PFEIFER, O'DONNELL, and CUPP, JJ., dissent.

**2008–1009. Coleman v. Am. Gen. Financial Servs.**
Cuyahoga App. No. 89311, 2008-Ohio-1403. Discretionary appeal accepted, and briefing shall proceed in accordance with the Rules of Practice of the Supreme Court of Ohio.

This cause shall be consolidated for oral argument with 2008–0905, *Alexander v. Wells Fargo Financial Ohio 1, Inc.*, Cuyahoga App. No. 89277, 2008-Ohio-1402. Appellants in these causes collectively will share 20 minutes for oral argument, as will appellees.

MOYER, C.J., would accept the appeal on Proposition of Law Nos. I and II only.